

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00251-CV

Juan **ALVAREZ**,
Appellant

v.

**STATE FARM LLOYDS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI08926
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee State Farm Lloyds recover its costs of appeal from appellant Juan Alvarez.

SIGNED January 10, 2018.

_____
Marialyn Barnard, Justice